**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

RICHARD L. STEARNSMILLER,

    Plaintiff,

vs.                                       CASE NO. 5:09cv215/RS-EMT

STATE OF FLORIDA, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Order, Report and Recommendation (Doc. 35) and Belated Plaintiff's Objections to Report and Recommendation (Doc. 38). Notwithstanding the earlier Order (Doc. 39), I have considered Plaintiff's belated objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Order, Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(g). Plaintiff may file a new action, which must be accompanied by payment of the $350.00 filing fee in its entirety.

3. All pending motions are denied as moot.

4. The clerk is directed to close the file.

**ORDERED** on December 17, 2009.


                                          <u>/S/ Richard Smoak</u>
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**